FRANKLIN A. SEWARD, ET AL., PLAINTIFFS-RESPOND-
ENTS, v. NATURAL GAS COMPANY OF NEW JERSEY,
DEFENDANT-PETITIONER.

See same case below: 11 *N. J. Super.* 144.

*Mr. Wilbur A. Stevens* and *Mr. Samuel A. Larner,* for
the petitioner.

*Messrs. Stout & O'Hagan* for the respondents.

April 9, 1951.   Granted.

BEATRICE B. SHIMP, ET AL., PLAINTIFFS-PETITIONERS,
v. PENNSYLVANIA RAILROAD COMPANY, DEFENDANT-
RESPONDENT.

See same case below: 11 *N. J. Super.* 88.

*Mr. Irving W. Rubin* and *Mr. Baruch S. Seidman* for the
petitioners.

*Messrs. Strong & Strong* for the respondent.

April 9, 1951.   Granted.